IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**VICTORIA JAMES,**

    **Plaintiff,**

v.                                                **Case No. 1:25-cv-87-AW-ZCB**

**CITY OF GAINESVILLE,
FLORIDA,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff did not demonstrate that she effected service, did not respond to the magistrate judge's show-cause order regarding service, and did not object to the magistrate judge's report and recommendation (ECF No. 10), which recommends dismissal for failure to effect service. It appears Plaintiff may have abandoned her case.

At any rate, I agree with the magistrate judge that dismissal is appropriate. The magistrate judge properly considered whether—despite Plaintiff's failure to show good cause for any extended period—there might have been circumstances warranting an extension. *See Bilal v. Geo Care, LLC*, 981 F.3d 903, 919 (11th Cir. 2020). I now adopt the report and recommendation in full, and I incorporate it into this order.

1

The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to effect service." The clerk will then close the file.

SO ORDERED on September 15, 2025.

s/ *Allen Winsor*
Chief United States District Judge
